PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.                                                    Crim. No.    99-30013-001

JEREMY J. KNIGHT

It appearing that the above named has complied with the conditions of probation/supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of probation/supervised release expired on January 31, 2005, I therefore recommend that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

s/Eric W. Fox
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation/supervised release and that the proceedings in the case be terminated.

Dated this    15th    day of    February    , 20  05  .

s/ Richard Mills
United States District Judge